UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

SCOTT CLAYTON MILLSPAUGH                           CASE NO. 08-11960
GLORIA ESTELLA MILLSPAUGH                          CHAPTER 7
           DEBTOR(S).

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #8 of Afena FCU a/k/a Marion Independent FCU
> Account number:  6718
> Claimed amount:  $133.24
> Pro rata distribution:  $3.66

**TOTAL AMOUNT OF ALL CLAIMS: $3.66**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  June 22, 2011          /s/ Mark A. Warsco
                               Mark A. Warsco, Trustee
                               P.O. Box 11647
                               Fort Wayne, IN  46859-1647
                               Telephone:  (260) 469-0256
                               e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on June 24, 2011:

| | |
|---|---|
| JOHN T. SEES | Office, U.S. Trustee |
| sees@seeslaw.com | USTPREGION10.SO.ECF@USDOJ.GOV |

Afena FCU a/k/a Marion Independent FCU
c/o Douglas C. Lehman Prof. Corp.
30 W. Canal Street
Wabash, IN 46692

                               /s/  Mark A. Warsco
                               Mark A. Warsco, Trustee